**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-1078**

———————————

RAYMOND THOMAS MCGILL,

Plaintiff - Appellant,

versus

AMERICAN CITY MANAGEMENT COMPANY,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  M. J. Garbis, District Judge; Joseph H. Young, Senior District Judge; Daniel E. Klein, Jr., Chief Magistrate Judge.  (CA-95-4018-Y)

———————————

Submitted:  May 15, 1997          Decided:  May 28, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Raymond Thomas McGill, Appellant Pro Se.  John Thomas Caskey, Towson, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals a magistrate judge's order granting Defendant's motion for judgment as a matter of law. We have reviewed the record and the magistrate judge's order and find no reversible error. Accordingly, we affirm the magistrate judge's order. McGill v. American City Mgmt., No. CA-95-4018-Y (D. Md. Jan. 8, 1997). Appellant's motion for production of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2